IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Megan P. Thomas : No. 1:15-bk-00825-MDF
      Debtor :
: Chapter 13
:

## CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C., hereby certify that on September 6, 2016, a true and correct copy of the attached **ORDER GRANTING MOTION TO SHORTEN THE TIME FOR NOTICE AND FOR HEARING** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, as follows:

### SEE ATTACHED LIST

    s/ *Joanne M Bartley*
    Joanne M. Bartley
    Assistant to Robert E. Chernicoff, Esquire

| Charles J. DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
|---|---|---|
| WELLS FARGO HOME MORTGAGE<br>P.O. BOX 10335<br>DES MOINES, IA 50306-0335 | Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC # D3347-014<br>3476 Stateview Boulevard<br>Fort Mill, SC 29715-7203 | EUGENE E. PEPINSKY, JR.<br>417 WALNUT STREET, 4TH FLOOR<br>P.O. BOX 11963<br>HARRISBURG, PA 17108-1963 |
| Joshua I Goldman<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | HUNTINGTON NATIONAL BANK<br>P.O. BOX 1558<br>DEPT EAW25<br>COLUMBUS, OH 43216-1558 | Huntington National Bank<br>P O Box 89424<br>Cleveland OH 44101-6424 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | KOHLS/CAPONE<br>PO BOX 3115<br>MILWAUKEE, WI 53201-3115 | LAWRENCE YOUNG<br>135 N GRORGE ST<br>YORK, PA 17401-1132 |
| LOWELL K. THOMAS, II.<br>3414 TRONE ROAD<br>GLENVILLE, PA 17329-9237 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 |
| US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946<br>ATTN BANKRUPTCY DIVISION<br>HARRISBURG, PA 17128-0946 | UNITED STATES ATTORNEY<br>HARRISBURG FEDERAL BUILDING<br>228 WALNUT STREET, SUITE 220<br>HARRISBURG, PA 17101-1738 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | SECRETARY OF THE TREASURY<br>15TH AND PENN AVENUES NW<br>WASHINGTON, DC 20220-0001 | STEVEN GOULD, ESQUIRE<br>OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT SECTION<br>HARRISBURG, PA 17120-0001 |
| Joseph P Schalk<br>Phelan Hallinan, LLP<br>1617 JFK Blvd Suite 1400<br>One Penn Center at Suburban Station<br>Philadelphia, PA 19103 | Samuel Stein<br>Howard Hanna Real Estate<br>908 S. George Street<br>York, PA 17403-3757 | Lowell K. Thomas, II<br>3414 Trone Road<br>Glenville, PA 17329 |
| Sean P. Quinlan, Esquire<br>The Quinlan Law Group<br>3618 North 6th Street<br>Harrisburg, PA 17011 | York County Tax Claim Bureau<br>28 E Market Street, #105<br>York, PA 17401 | Lower Windsor Township<br>2425 Craley Road<br>Wrightsville, PA 17368 |
| Eastern York School District<br>120 South Third Street<br>P.O. Box 150<br>Wrightsville, PA 17368 | | |

Case 1:15-bk-00825-MDF    Doc 86    Filed 09/02/16    Entered 09/02/16 17:52:39    Desc
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Megan P. Thomas | : No. 1:15-bk-00825-MDF |
| Debtor | : |
| | : Chapter 13 |
| | : |
| MEGAN P. THOMAS | : Adversary No. 1:16-00033-MDF |
| Movant | : |
| v. | : |
| WELLS FARGO BANK, N.A., YORK COUNTY TAX CLAIM BUREAU, LOWER WINDSOR TOWNSHIP, EASTERN YORK SCHOOL DISTRICT, LOWELL K. THOMAS, II | : |
| Respondents | : |

**ORDER SHORTENING NOTICE AND SETTING HEARING**

Upon consideration of the Motion of the Debtor to Shorten Notice and Setting Hearing, and it appearing that such shortened notice is necessary in order to allow the Debtor to close the sale by the date set forth in an Agreement of Sale, and to enhance the Debtor's opportunity to reorganize, it is

**HEREBY ORDERED** that the time to object to the Debtor's Motion to Approve Sale of Real Property known as and located at 808 Poff Road, Lower Windsor Township, York County, Pennsylvania (the "Real Property") free and clear of all liens, claims, encumbrances and other interests is shortened with the last day to object being September 14, 2016; and it is

**FURTHER ORDERED** that the hearing on the Debtor's Motion to Approve Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and other Interests shall be set for September 15, 2016, at 9:30 a.m. in the Bankruptcy Courtroom, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania; and it is

**FURTHER ORDERED** that the Debtor shall mail the Notice of the Motion and hearing within two (2) days of the date of this Order.

By the Court,

*Mary D. France*
Bankruptcy Judge (VK)

Dated: September 2, 2016