IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Megan P. Thomas | : No. 1:15-bk-00825-MDF |
| Debtor | : |
| | : Chapter 13 |
| | : |

## CERTIFICATE OF SERVICE

    I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C., hereby certify that on September 6, 2016, a true and correct copy of the attached **SCHEDULING ORDER REGARDING DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS (808 Poff Road, Lower Windsor Township, York County, Pennsylvania)** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, as follows:

**SEE ATTACHED LIST**

                                                                                                        s/ *Joanne M Bartley*
                                                                                                        Joanne M. Bartley
                                                                                                         Assistant to Robert E. Chernicoff, Esquire

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

WELLS FARGO HOME MORTGAGE
P.O. BOX 10335
DES MOINES, IA 50306-0335

Wells Fargo Bank, N.A.
Attention: Bankruptcy Department
MAC # D3347-014
3476 Stateview Boulevard
Fort Mill, SC 29715-7203

EUGENE E. PEPINSKY, JR.
417 WALNUT STREET, 4TH FLOOR
P.O. BOX 11963
HARRISBURG, PA 17108-1963

Joshua I Goldman
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

HUNTINGTON NATIONAL BANK
P.O. BOX 1558
DEPT EAW25
COLUMBUS, OH 43216-1558

Huntington National Bank
P O Box 89424
Cleveland OH 44101-6424

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

KOHLS/CAPONE
PO BOX 3115
MILWAUKEE, WI 53201-3115

LAWRENCE YOUNG
135 N GRORGE ST
YORK, PA 17401-1132

LOWELL K. THOMAS, II.
3414 TRONE ROAD
GLENVILLE, PA 17329-9237

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946
ATTN BANKRUPTCY DIVISION
HARRISBURG, PA 17128-0946

UNITED STATES ATTORNEY
HARRISBURG FEDERAL BUILDING
228 WALNUT STREET, SUITE 220
HARRISBURG, PA 17101-1738

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

SECRETARY OF THE TREASURY
15TH AND PENN AVENUES NW
WASHINGTON, DC 20220-0001

STEVEN GOULD, ESQUIRE
OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT SECTION
HARRISBURG, PA 17120-0001

Joseph P Schalk
Phelan Hallinan, LLP
1617 JFK Blvd Suite 1400
One Penn Center at Suburban Station
Philadelphia, PA 19103

Samuel Stein
Howard Hanna Real Estate
908 S. George Street
York, PA 17403-3757

Lowell K. Thomas, II
3414 Trone Road
Glenville, PA 17329

Sean P. Quinlan, Esquire
The Quinlan Law Group
3618 North 6th Street
Harrisburg, PA 17011

York County Tax Claim Bureau
28 E Market Street, #105
York, PA 17401

Lower Windsor Township
2425 Craley Road
Wrightsville, PA 17368

Eastern York School District
120 South Third Street
P.O. Box 150
Wrightsville, PA 17368

orreshrg(2/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Megan P. Thomas
**Debtor(s)**

Chapter: 13

Case number: 1:15−bk−00825−MDF

Document Number: 85

MEGAN P. THOMAS
**Movant(s)**

Matter: Motion for Sale Free and Clear of Liens

vs.

WELLS FARGO BANK, N.A.,
YORK COUNTY TAX CLAIM
BUREAU, LOWER WINDSOR
TOWNSHIP, EASTERN YORK
SCHOOL DISTRICT,
LOWELL K. THOMAS, II
**Respondent(s)**

### Order

    Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above−referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001−6. Service shall be made and a certification of service filed evidencing service of pleading.

    **IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court on or before **September 14, 2016**. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 15, 2016 Time: 09:30 AM |
|---|---|

Dated: September 6, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.