```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                              Case No. 15-00825-MDF
Megan P. Thomas                                                     Chapter 13
         Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: TWilson              Page 1 of 1           Date Rcvd: Sep 07, 2016
                             Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2016.
db              +Megan P. Thomas,    533 S. High St.,   Harrisburg, PA 17113-2828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph P Schalk    on behalf of Creditor   Wells Fargo Bank, NA pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Robert E Chernicoff    on behalf of Debtor Megan P. Thomas rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Plaintiff Megan P. Thomas rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Sean Patrick Quinlan    on behalf of Defendant Lowell K Thomas, II spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Megan P. Thomas : Case No. 1:15-bk-00825-MDF
    Debtor :
: Chapter 13

## ORDER

Upon Debtor's Motion to Amend the Caption, it is:

HEREBY ORDERED that the caption of the above Chapter 13 case shall be amended to provide as follows:

Megan Perry f/k/a Megan P. Thomas
Case No. 1:15-bk-00825-MDF

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

Dated: September 7, 2016