LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Megan Perry a/k/a
Megan P. Thomas

CHAPTER 13

CASE NO. 1 - 15 -bk- 00825-MDF

**Debtor(s)**

Megan Perry a/k/a Megan P. Thomas

ADVERSARY NO. __-__ ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.

Wells Fargo Bank, N,A., York County Tax Claim Bureau, Lower Windsor Township, Eastern York School District, Lowell K. Thomas, II

Nature of Proceeding: _____

Sale Motion

**Defendant(s)/Respondent(s)**

Document #: 85

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Counsel for the secured creditor is unavailable. Also, the parties are negotiating as to the terms of a short sale.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 09/13/2016

s/ Robert E. Chernicoff

Attorney for Debtor

Name: Robert E. Chernicoff

Phone Number: 717 238 6570

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.