```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                Case No. 15-00825-MDF
Megan Perry                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1           User: LyndseyPr            Page 1 of 1              Date Rcvd: Sep 14, 2016
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db            +Megan Perry,    533 S. High St.,   Harrisburg, PA 17113-2828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
      Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
      Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
      Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Recovery Management Systems Corporation    claims@recoverycorp.com
      Robert E Chernicoff    on behalf of Debtor Megan  Perry rec@cclawpc.com,
       jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
      Robert E Chernicoff    on behalf of Plaintiff Megan P. Thomas rec@cclawpc.com,
       jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
      Sean Patrick Quinlan    on behalf of Defendant Lowell K Thomas, II spqesq@hotmail.com,
       lesliebrown.paralegal@gmail.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** <br> MEGAN PERRY <br> aka Megan P. Thomas | Chapter 24 |
| Debtor(s) <br> MEGAN PERRY <br> aka Megan P. Thomas | Case Number: 1:15-bk-00825-MDF |
| Movant(s) <br> v <br> WELLS FARGO BANK, N.A. <br> YORK COUNTY TAX CLAIM BUREAU, <br> LOWER WINDSOR TOWNSHIP, <br> EASTERN YORK SCHOOL DISTRICT, <br> LOWELL K. THOMAS, II | Document No.: 86 |
| Respondent(s) | Nature of Proceeding: Motion for Sale |

## ORDER TO CONTINUE

Upon consideration of the Request to Continue Hearing with Concurrence,

**IT IS HEREBY ORDERED THAT** the request is granted and the hearing is continued to September 27, 2016, at 9:30 a.m. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, Third Floor, The Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

*Mary D. France*
Bankruptcy Judge (JG)

Date: September 14, 2016

---

**Initial requests for a continuance of hearing ( L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.**

**Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).**

**Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.**

**Photo identification is required upon entering.**

MDPA-Order to Continue.WPT REV 03/16