```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                        Case No. 15-00825-RNO
Megan P. Thomas                                               Chapter 13
         Debtor                **CERTIFICATE OF NOTICE**

District/off: 0314-1      User: LyndseyPr      Page 1 of 1        Date Rcvd: Jun 27, 2017
                          Form ID: orreshrg    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2017.
db          +Megan P. Thomas,    533 S High Street,    Hanover, PA 17331-3922
intp        +Christopher Spagnola,    c/o CGA Law Firm,    Attn: Haley Rohrbaugh,    135 N. George Street,
              York, PA 17401-1135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Interested Party Natalie  Spagnola hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,kwengert@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Interested Party Christopher  Spagnola
               hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,kwengert@cgalaw.com,rminello@cgalaw.com,
               tlocondro@cgalaw.com
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Robert E Chernicoff    on behalf of Debtor Megan P. Thomas rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Plaintiff Megan P. Thomas rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Sean Patrick Quinlan    on behalf of Defendant Lowell K Thomas, II spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Megan P. Thomas<br>**Debtor(s)** | Chapter: 13<br>Case number: 1:15−bk−00825−RNO<br>Document Number: 107 |
| CHRISTOPHER W. SPAGNOLA<br>NATALIE SPAGNOLA<br>**Movant(s)** | Matter: Motion for Sale Free and Clear of Liens |
| vs.<br>M&T BANK,<br>MEGAN P. THOMAS,<br>YORK COUNTY TAX CLAIM BUREAU,<br>KERRY PAE AND KERRY PAE AUCTIONEERS,<br>CHARLES J. DEHART, III, ESQUIRE,<br>CHAPTER 13 TRUSTEE,<br>**Respondent(s)** | |

## Order

Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above−referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001−6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

**IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 24, 2017<br>Time: 10:00 AM |

Dated: June 27, 2017

By the Court,

*Robert N. Opel II*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a

Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.