```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 15-00825-RNO
Megan P. Thomas                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: LyndseyPr          Page 1 of 1           Date Rcvd: Aug 15, 2017
                             Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
db             +Megan P. Thomas,    533 S High Street,    Hanover, PA 17331-3922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2017 18:56:50      Synchrony Bank,
                 c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Interested Party Natalie  Spagnola hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,kwengert@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Interested Party Christopher  Spagnola
               hrohrbaugh@cgalaw.com,  kbrayboy@cgalaw.com,kwengert@cgalaw.com,rminello@cgalaw.com,
               tlocondro@cgalaw.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Robert E Chernicoff    on behalf of Plaintiff Megan P. Thomas rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor Megan P. Thomas rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Sean Patrick Quinlan    on behalf of Defendant Lowell K Thomas, II spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Megan P. Thomas<br>    Debtor | : No. 1:15-bk-00825-RNO<br>:<br>: Chapter 13 |
| CHRISTOPHER W. SPAGNOLA<br>NATALIE SPAGNOLA<br>    Movants<br><br>        v.<br><br>M&T BANK, MEGAN P. THOMAS,<br>YORK COUNTY TAX CLAIM<br>BUREAU, KERRY PAE AND KERRY<br>PAE AUCTIONEERS, CHARLES J.<br>DEHART, III, ESQUIRE, CHAPTER<br>13 TRUSTEE<br>    Respondents | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

Upon consideration of the Motion to Continue Hearing on Motion to Approve and Compel Sale of Real Estate Free and Clear of Liens and Encumbrances, it is

**HEREBY ORDERED** that such hearing currently scheduled for August 24, 2017 at 10:00 a.m. is continued to September 7, 2017 at 10:00 a.m. in the Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

Dated: August 15, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)