```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                        Case No. 15-00825-RNO
Megan P. Thomas                                               Chapter 13
        Debtor                 **CERTIFICATE OF NOTICE**

District/off: 0314-1      User: LyndseyPr        Page 1 of 1         Date Rcvd: Sep 18, 2017
                          Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
db             +Megan P. Thomas,   533 S High Street,   Hanover, PA 17331-3922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Interested Party Natalie  Spagnola hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,kwengert@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Interested Party Christopher  Spagnola
               hrohrbaugh@cgalaw.com,  kbrayboy@cgalaw.com,kwengert@cgalaw.com,rminello@cgalaw.com,
               tlocondro@cgalaw.com
              James  Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              Robert E Chernicoff    on behalf of Debtor Megan P. Thomas rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Plaintiff Megan P. Thomas rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Sean Patrick Quinlan    on behalf of Defendant Lowell K Thomas, II spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MEGAN P. THOMAS

Debtor(s)

Chapter: 13

Case Number: 1-15-bk-00825 RNO

M&T BANK

Movant(s)

Document Number: 119

vs.

MEGAN P. THOMAS
LOWELL K. THOMAS, II
CHARLES J. DEHART, III,
ESQUIRE, TRUSTEE

Respondent(s)

## ORDER CONTINUING HEARING

Upon oral motion at a hearing held on September 7, 2017, on the Motion of Natalie and Christopher Spagnola for Sale Free and Clear of Liens, it is

ORDERED that hearing on the Motion for Relief from Automatic Stay, filed to Docket No. 119, is CONTINUED to **November 16, 2017**, at **11:00 a.m.**, in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: September 15, 2017