# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Megan P. Thomas, :
: No. 1:15-bk-00825-RNO
Debtor, :
: Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance in the above-captioned matter on behalf of Christopher W. Spagnola and Natalie Spagnola, and index same on the master mailing list.

Respectfully submitted,

*/s/ George A. Michak*

George A. Michak, Esq.
717 Market Street, Suite 388
Lemoyne, PA 17043
Tel 717-458-1822
Fax 717-458-1826
gmichak@michak.legal

*For Christopher W. Spagnola
and Natalie Spagnola*