```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                   Case No. 15-00825-RNO
Megan P. Thomas                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr          Page 1 of 2          Date Rcvd: Dec 21, 2017
                              Form ID: pdf010         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
```
db              +Megan P. Thomas,    533 S High Street,    Hanover, PA 17331-3922
intp            +Christopher Spagnola,    c/o CGA Law Firm,    Attn: Haley Rohrbaugh,    135 N. George Street,
                  York, PA 17401-1135
intp            +Natalie Spagnola,    c/o CGA Law Firm,    Attn: Haley Rohrbaugh,    135 N. George Street,
                  York, PA 17401-1135
4612623        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BANK OF AMERICA,      P.O. BOX 982238,    EL PASO, TX  79998)
4649835         Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4612624         EUGENE E. PEPINSKY, JR.,    417 WALNUT STREET, 4TH FLOOR,    P.O. BOX 11963,
                  HARRISBURG, PA  17108-1963
4612628        +LAWRENCE YOUNG,    135 N GRORGE ST,    YORK, PA 17401-1132
4648106         MANUFACTURERS AND TRADERS TRUST COMPANY,     EUGENE E PEPINSKY JR ESQ.,
                  KEEFER WOOD ALLEN & RAHAL LLP,    PO BOX 11963,    HARRISBURG, PA 17108-1963
4612634        +SECRETARY OF THE TREASURY,    15TH AND PENN AVENUES NW,    WASHINGTON, DC 20220-0001
4612635        +STEVEN GOULD, ESQUIRE,    OFFICE OF ATTORNEY GENERAL,    FINANCIAL ENFORCEMENT SECTION,
                  HARRISBURG, PA 17120-0001
4612636        +UNITED STATES ATTORNEY,    HARRISBURG FEDERAL BUILDING,    228 WALNUT STREET, SUITE 220,
                  HARRISBURG, PA 17101-1738
4612637         US DEPT OF JUSTICE,    950 PENNSYLVANIA AVE NW,    WASHINGTON, DC  20530-0001
4612638        +WELLS FARGO HOME MORTGAGE,    P.O. BOX 10335,    DES MOINES, IA 50306-0335
4661186        +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                  3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4612625        +E-mail/Text: bankruptcy@huntington.com Dec 21 2017 19:01:10      HUNTINGTON NATIONAL BANK,
                  P.O. BOX 1558,    DEPT EAW25,    COLUMBUS, OH 43216-1558
4613897        +E-mail/Text: bankruptcy@huntington.com Dec 21 2017 19:01:10      Huntington National Bank,
                  P O Box 89424,    Cleveland OH 44101-6424
4612626         E-mail/Text: cio.bncmail@irs.gov Dec 21 2017 19:00:45      INTERNAL REVENUE SERVICE,
                  PO BOX 7346,    PHILADELPHIA, PA  19101-7346
4612627        +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 21 2017 19:00:42      KOHLS/CAPONE,
                  PO BOX 3115,    MILWAUKEE, WI 53201-3115
4612631         E-mail/Text: camanagement@mtb.com Dec 21 2017 19:00:55      M & T BANK,    1 FOUNTAIN PLAZA,
                  FLOOR 4,    BUFFALO, NY  14203
4612632         E-mail/Text: camanagement@mtb.com Dec 21 2017 19:00:55      M & T BANK,    PO BOX 900,
                  MILLSBORO, DE  19966
4632914         E-mail/Text: camanagement@mtb.com Dec 21 2017 19:00:55      M&T BANK,    PO BOX 1288,
                  Buffalo, NY 14240
4612633         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 19:01:00      PA DEPARTMENT OF REVENUE,
                  DEPARTMENT 280946,    ATTN BANKRUPTCY DIVISION,    HARRISBURG, PA  17128-0946
4617809         E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2017 19:06:08
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                               TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4612629       ##+LOWELL K. THOMAS, II.,    3414 TRONE ROAD,    GLENVILLE, PA 17329-9237
4612630       ##+LOWELL THOMAS,    3414 TRONE ROAD,    GLENVILLE, PA 17329-9237
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                               Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Elizabeth Haley Rohrbaugh    on behalf of Interested Party Natalie  Spagnola hrohrbaugh@cgalaw.com,
           kbrayboy@cgalaw.com,kwengert@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com
          Elizabeth Haley Rohrbaugh    on behalf of Interested Party Christopher  Spagnola
           hrohrbaugh@cgalaw.com,  kbrayboy@cgalaw.com,kwengert@cgalaw.com,rminello@cgalaw.com,
           tlocondro@cgalaw.com
          George Andrew Michak    on behalf of Interested Party Natalie  Spagnola gam@michakteeter.com,
           rls@michakteeter.com
          George Andrew Michak    on behalf of Interested Party Christopher  Spagnola gam@michakteeter.com,
           rls@michakteeter.com
          James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
          John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Recovery Management Systems Corporation    claims@recoverycorp.com
          Robert E Chernicoff    on behalf of Plaintiff Megan P. Thomas rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Robert E Chernicoff    on behalf of Debtor 1 Megan P. Thomas rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Sean Patrick Quinlan    on behalf of Defendant Lowell K Thomas, II spqesq@hotmail.com,
           lesliebrown.paralegal@gmail.com
          Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 15
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MEGAN P. THOMAS | Chapter: | 13 |
| Debtor(s) | Case No.: | 1-15-bk-00825 RNO |
| CHRISTOPHER W. SPAGNOLA<br>NATALIE SPAGNOLA | | |
| Movant(s) | Document No.: | 107 |
| vs. | | |
| M&T BANK<br>MEGAN P. THOMAS<br>YORK COUNTY TAX CLAIM BUREAU<br>KERRY PAE AND KERRY PAE AUCTIONEERS<br>CHARLES J. DEHART, III, ESQUIRE, CHAPTER 13 TRUSTEE | Nature of Proceeding: | Motion to Approve and Compel Sale of Real Estate |
| Respondent(s) | | |

## ORDER

After due consideration of the Purchasers' Motion to Approve and Compel Sale of Real Estate Free and Clear of Liens and Encumbrances ("Motion to Approve Sale"), and the Objections of the Debtor and M&T Bank thereto, after hearing held on December 21, 2017, it is

ORDERED that the Objections of the Debtor and M&T Bank are SUSTAINED; and,

FURTHER ORDERED that the Motion to Approve Sale is DENIED.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

December 21, 2017

Order – Blank with Parties 9/17