```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                        Case No. 15-00825-RNO
Megan P. Thomas                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1       User: LyndseyPr        Page 1 of 1              Date Rcvd: Jan 03, 2018
                           Form ID: pdf010        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.
```
intp        +Christopher Spagnola,    c/o CGA Law Firm,    Attn: Haley Rohrbaugh,    135 N. George Street,
              York, PA 17401-1135
intp        +Natalie Spagnola,    c/o CGA Law Firm,    Attn: Haley Rohrbaugh,    135 N. George Street,
              York, PA 17401-1135
            +York County Tax Claim Bureau,    28 East Market Street,    Room 110,    York, PA 17401-1587
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Interested Party Natalie  Spagnola hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,kwengert@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Interested Party Christopher  Spagnola
               hrohrbaugh@cgalaw.com,    kbrayboy@cgalaw.com,kwengert@cgalaw.com,rminello@cgalaw.com,
               tlocondro@cgalaw.com
              George Andrew Michak    on behalf of Interested Party Christopher  Spagnola gam@michakteeter.com,
               rls@michakteeter.com
              George Andrew Michak    on behalf of Interested Party Natalie  Spagnola gam@michakteeter.com,
               rls@michakteeter.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Robert E Chernicoff    on behalf of Plaintiff Megan P. Thomas rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor 1 Megan P. Thomas rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Sean Patrick Quinlan    on behalf of Defendant Lowell K Thomas, II spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 15
```

Official Form 417A (12/15)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Christopher W. Spagnola and Natalie Spagnola

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❑ Plaintiff
   ❑ Defendant
   ❑ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❑ Debtor
   ❑ Creditor
   ❑ Trustee
   ☒ Other (describe) **Parties-in-interest/Movants/Purchasers**

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Order Denying Motion to Approve and Compel Sale of Real Estate**
2. State the date on which the judgment, order, or decree was entered: **December 21, 2017**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary): ***SEE ADDITIONAL PARTIES ATTACHED**

1. Party: **Debtor, Megan P. Thomas**   Attorney: Robert E Chernicoff
   Cunningham and Chernicoff PC
   2320 North Second Street
   Harrisburg, PA 17110
   717-238-6570

2. Party: **Auctioneer, Kerry Pae and Kerry Pae Auctioneers**   Attorney: Robert E Chernicoff
   Cunningham and Chernicoff PC
   2320 North Second Street
   Harrisburg, PA 17110
   717-238-6570

Official Form 417A    Notice of Appeal and Statement of Election    page 1

3. Party: M&T Bank         Attorney:   James C Warmbrodt
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       215-627-1322

4. Party: York County Tax  Attorney:   Pro Se
          Claim Bureau                 28 East Market Street
                                       Room 110
                                       York, Pennsylvania 17401

5. Party: United States Trustee Attorney: Pro Se
                                       228 Walnut Street
                                       Suite 1190
                                       Harrisburg, PA 17101

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*/s/ H. Rohrbaugh*  
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: __1/02/2018__

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
E. Haley Rohrbaugh, Esquire
CGA Law Firm, P.C.
135 N. George Street
York, Pennsylvania 17401
717-848-4900

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.