

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

### TRANSCRIPT ORDER FORM FOR APPEALS

(File this form on the related case docket)

Ordering Party's Name: E. Haley Rohrbaugh, Esquire    Attorney Bar # 323803

Law Firm: CGA Law Firm

Mailing Address: 135 North George Street, York, Pennsylvania 17401

Person to Contact: E. Haley Rohrbaugh

Telephone: ( 717 ) 848-4900    Email: hrohrbaugh@cgalaw.com

---

Bankruptcy Case #: 1:15-bk-00825-RNO    Adversary Proceeding #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 09/07/2017    Time: 10:00
12/21/2017    10:00

Debtor: Megan P. Thomas

Adversary Proceeding Name: _____

vs. _____

---

**Transcript Type:**    **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

- [ ] Ordinary (30 days)
- [ ] 14 days
- [ ] Expedited (7 days)
- [ ] Daily (24 hours)

- [ ] Entire Hearing
- [ ] Ruling/Opinion of Judge only
- [ ] Testimony of Witness _____
- [X] Other*    *(name of witness)*

* Special Instructions: The transcripts have already been ordered and are at Docket #145 and #146

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. Transcription rates are set by the Judicial Conference and are located here: Maximum Transcript Rates.