IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| **MEGAN P. THOMAS,** Debtor, | Bankruptcy Case No. 1:15-bk-00825-RNO |
| --- | |
| **CHRISTOPHER W. SPAGNOLA** and **NATALIE SPAGNOLA,** | Appeal Case No. 1:18-cv-0011-SHR |
| | **Judge Sylvia H. Rambo** |
| Appellants | |
| v. | |
| **MEGAN P. THOMAS, KERRY PAE AND KERRY PAE AUCTIONEERS, M&T BANK, YORK COUNTY TAX CLAIM BUREAU,** and **UNITED STATES TRUSTEE,** | |
| Appellees. | |

## **ORDER**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the December 21, 2017 judgment (Doc. 1-1) of the United States Bankruptcy Court for the Middle District of Pennsylvania docketed at *In re Megan P. Thomas*, No. 1:15-bk-825, is **AFFIRMED**. The Clerk of Court is directed to close this case.

    s/Sylvia Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: March 25, 2019