```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 15-00825-HWV
Megan P. Thomas                                                           Chapter 13
            Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke                Page 1 of 2              Date Rcvd: Apr 24, 2020
                              Form ID: 3180W                 Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2020.
```
db             +Megan P. Thomas,    533 S High Street,    Hanover, PA 17331-3922
intp           +Christopher Spagnola,    c/o CGA Law Firm,    Attn: Haley Rohrbaugh,    135 N. George Street,
                 York, PA 17401-1132
intp           +Natalie Spagnola,    c/o CGA Law Firm,    Attn: Haley Rohrbaugh,    135 N. George Street,
                 York, PA 17401-1132
br             +Samuel Stein,    Howard Hanna Real Estate,    908 S. George Street,    York, PA 17403-3757
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
4612624         EUGENE E. PEPINSKY, JR.,    417 WALNUT STREET, 4TH FLOOR,    P.O. BOX 11963,
                 HARRISBURG, PA 17108-1963
4612628        +LAWRENCE YOUNG,    135 N GRORGE ST,    YORK, PA 17401-1132
4648106         MANUFACTURERS AND TRADERS TRUST COMPANY,     EUGENE E PEPINSKY JR ESQ.,
                 KEEFER WOOD ALLEN & RAHAL LLP,    PO BOX 11963,    HARRISBURG, PA 17108-1963
4612634        +SECRETARY OF THE TREASURY,    15TH AND PENN AVENUES NW,    WASHINGTON, DC 20220-0001
4612635        +STEVEN GOULD, ESQUIRE,    OFFICE OF ATTORNEY GENERAL,    FINANCIAL ENFORCEMENT SECTION,
                 HARRISBURG, PA 17120-0001
5042543        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
5042544        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4612636        +UNITED STATES ATTORNEY,    HARRISBURG FEDERAL BUILDING,    228 WALNUT STREET, SUITE 220,
                 HARRISBURG, PA 17101-1738
4612637         US DEPT OF JUSTICE,    950 PENNSYLVANIA AVE NW,    WASHINGTON, DC  20530-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4612623         EDI: BANKAMER.COM Apr 24 2020 23:34:00      BANK OF AMERICA,    P.O. BOX 982238,
                 EL PASO, TX  79998
4649835         EDI: BL-BECKET.COM Apr 24 2020 23:34:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
4612625        +E-mail/Text: bankruptcy@huntington.com Apr 24 2020 19:36:38      HUNTINGTON NATIONAL BANK,
                 P.O. BOX 1558,    DEPT EAW25,    COLUMBUS, OH 43216-1558
4613897        +E-mail/Text: bankruptcy@huntington.com Apr 24 2020 19:36:38      Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
4612626         EDI: IRS.COM Apr 24 2020 23:34:00      INTERNAL REVENUE SERVICE,    PO BOX 7346,
                 PHILADELPHIA, PA  19101-7346
4612627        +E-mail/Text: bncnotices@becket-lee.com Apr 24 2020 19:36:33      KOHLS/CAPONE,    PO BOX 3115,
                 MILWAUKEE, WI 53201-3115
4612631         E-mail/Text: camanagement@mtb.com Apr 24 2020 19:36:35      M & T BANK,    1 FOUNTAIN PLAZA,
                 FLOOR 4,    BUFFALO, NY  14203
4612632         E-mail/Text: camanagement@mtb.com Apr 24 2020 19:36:35      M & T BANK,    PO BOX 900,
                 MILLSBORO, DE  19966
4632914         E-mail/Text: camanagement@mtb.com Apr 24 2020 19:36:35      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
4612633         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 24 2020 19:36:38      PA DEPARTMENT OF REVENUE,
                 DEPARTMENT 280946,    ATTN BANKRUPTCY DIVISION,    HARRISBURG, PA 17128-0946
4617809         EDI: RECOVERYCORP.COM Apr 24 2020 23:33:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4612638        +EDI: WFFC.COM Apr 24 2020 23:33:00      WELLS FARGO HOME MORTGAGE,    P.O. BOX 10335,
                 DES MOINES, IA 50306-0335
4661186        +EDI: WFFC.COM Apr 24 2020 23:33:00      Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4612629        ##+LOWELL K. THOMAS, II.,    3414 TRONE ROAD,    GLENVILLE, PA 17329-9237
4612630        ##+LOWELL THOMAS,    3414 TRONE ROAD,    GLENVILLE, PA 17329-9237
                                                                                TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Interested Party Natalie  Spagnola hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Interested Party Christopher  Spagnola
               hrohrbaugh@cgalaw.com,   kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,
               jrosenau@cgalaw.com
              George Andrew Michak    on behalf of Interested Party Natalie  Spagnola gam@michakteeter.com,
               rls@michakteeter.com
              George Andrew Michak    on behalf of Interested Party Christopher  Spagnola gam@michakteeter.com,
               rls@michakteeter.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, NA pamb@fedphe.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Megan P. Thomas jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Robert E Chernicoff    on behalf of Plaintiff Megan P. Thomas rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor 1 Megan P. Thomas rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Sean Patrick Quinlan    on behalf of Defendant Lowell K Thomas, II spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 16
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Megan P. Thomas<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8398<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:15–bk–00825–HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Megan P. Thomas

4/24/20

**By the court:**

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Case 1:15-bk-00825-HWV    Doc 163    Filed 04/26/20    Entered 04/27/20 00:29:09    Desc
Imaged Certificate of Notice    Page 3 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**