United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-00825-HWV |
| Megan P. Thomas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 02, 2021 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Megan P. Thomas, 533 S High Street, Hanover, PA 17331-3922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Interested Party Christopher Spagnola hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Interested Party Natalie Spagnola hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com |
| George Andrew Michak | on behalf of Interested Party Christopher Spagnola gam@michakteeter.com   rls@michakteeter.com |
| George Andrew Michak | on behalf of Interested Party Natalie Spagnola gam@michakteeter.com   rls@michakteeter.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | |

| | |
|---|---|
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Jerome B Blank | |
| | on behalf of Creditor Wells Fargo Bank NA pamb@fedphe.com |
| Johanna Hill Rehkamp | |
| | on behalf of Debtor 1 Megan P. Thomas jhr@cclawpc.com jlaughman@cclawpc.com;jbartley@cclawpc.com |
| John F Goryl | |
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Joshua I Goldman | |
| | on behalf of Creditor M&T BANK josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Recovery Management Systems Corporation | |
| | claims@recoverycorp.com |
| Robert E Chernicoff | |
| | on behalf of Debtor 1 Megan P. Thomas rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com |
| Robert E Chernicoff | |
| | on behalf of Plaintiff Megan P. Thomas rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com |
| Sean Patrick Quinlan | |
| | on behalf of Defendant Lowell K Thomas II spqesq@gmail.com, spqesq@gmail.com |
| Thomas I Puleo | |
| | on behalf of Creditor M&T BANK tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Megan P. Thomas,  
**Debtor 1**

Chapter 13

Case No. 1:15−bk−00825−HWV

Social Security No.:  
xxx−xx−8398

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 2, 2021

By the Court,

Honorable Henry W. Van Eck  
Chief Bankruptcy Judge  
By: LyndseyPrice, Deputy Clerk

**fnldec** (10/20)